DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALLEN RADIN,**
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D2024-0002

[August 14, 2024]

Appeal from the State of Florida, Department of Children and Families, Office of Appeal Hearings; L.T. Case Nos. 23F-06430; 23F-08288; 1207782378.

Allen Radin, Tamarac, pro se.

Donna Dewberry of the Department of Children & Families, Children's Legal Services, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a). The July 30, 2024 motion to strike is determined to be moot.

CIKLIN, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***